UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RYAN MATHIAS, individually,
and on behalf of other
members of the general
public similarly situated,
as an aggrieved employee
pursuant to the Private
Attorney General Act ("PAGA"),

        Plaintiff,

                                     CIV. NO. S-10-1476 LKK/KJM

     v.

RENT-A-CENTER, INC., a
Delaware Corporation; and
DOES 1 through 10, inclusive,                 ORDER

        Defendants.
_____/

    Defendant in the above-captioned matter has noticed a motion to compel arbitration for hearing on July 26, 2010.  Due to court congestion, the court CONTINUES this hearing until Monday, August 30, at 10:00 a.m.  This order does not extend the deadline for defendants' reply memorandum, which shall be filed according to the initial hearing date.  Local Rule 230(c).

    IT IS SO ORDERED.

    DATED:  July 16, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT