UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RYAN MATHIAS, individually,
and on behalf of other
members of the general
public similarly situated,
as an aggrieved employee
pursuant to the Private
Attorney General Act ("PAGA"),

        Plaintiff,

        v.

RENT-A-CENTER, INC., a
Delaware Corporation; and
DOES 1 through 10, inclusive,

        Defendants.

CIV. NO. S-10-1476 LKK/KJM

O R D E R

On October 27, 2010, the Court denied defendant Rent-A-Center, Inc.'s motion for a stay, but nonetheless granted defendant a fourteen day stay to seek a stay from the Ninth Circuit. Specifically, the Court reasoned that defendants had demonstrated that defendant's appeal of the Court's denial of its motion to compel arbitration raised a serious legal question in light of the Supreme Court's recent grant of certiorari on a similar question in AT&T Mobility, LLC v. Concepcion, ___ U.S. ____, 130 S.Ct. 3322 (2010) and some ambiguity under California law. The Court, however,


y

just

denied the stay because it found that the balance of hardships does not sharply tip in favor of defendant due to the Court's conclusion that it would not stay litigation of plaintiff's Private Attorney General Act ("PAGA") claims if the Court of Appeals or Supreme Court reverses its order denying defendant's motion to compel arbitration. It concluded that the balance of hardships does not tip sharply in defendant's favor because plaintiff would be entitled to discovery from defendant on a large scale basis in order to litigate his PAGA claims.

Defendant has filed a motion to stay with the Ninth Circuit. Briefing is complete, yet the Court of Appeals has yet to rule on the motion.

On December 6, 2010, the Court held a scheduling (status) conference in this case. During this conference, the Court explained that it would stay the case pending resolution of the Supreme Court decisions. The Court, however, has reconsidered this decision in light of its finding in the October 27, 2010 order that the balance of hardships does not tip sharply in favor of defendant. Nonetheless, the Court finds a stay pending resolution of defendant's motion for a stay before the Ninth Circuit to be appropriate.

For the foregoing reasons, the Court ORDERS that this case is STAYED pending resolution of defendant's motion to stay before the Ninth Circuit. The parties are to inform the of the Ninth Circuit's issuance of a decision on the motion to stay within seven (7) days of the decision. If the Ninth Circuit declines to stay the action,

1 | the Court shall set a further status conference.
2 |     IT IS SO ORDERED.
3 |     DATED:  December 9, 2010.
4 |
5 |
6 | _____
  | LAWRENCE K. KARLTON
7 | SENIOR JUDGE
  | UNITED STATES DISTRICT COURT