UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RYAN MATHIAS, individually,
and on behalf of other
members of the general
public similarly situated,
as an aggrieved employee
pursuant to the Private
Attorney General Act ("PAGA"),

        Plaintiff,

        v.

RENT-A-CENTER, INC., a
Delaware Corporation; and
DOES 1 through 10, inclusive,

        Defendants.

CIV. NO. S-10-1476 LKK/KJM

O R D E R

    A status conference was held in chambers on February 15, 2011. After hearing, the court orders as follows:

1.    A further status conference is set for May 16, 2011 at 1:30 p.m.

2.    Updated status reports shall be filed fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

DATED: February 18, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT