# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN MATHIAS, individually, and on behalf of other members of the general public similarly situated, and as an aggrieved employee pursuant to the Private Attorneys General Act ("PAGA"),<br><br>    Plaintiff,<br><br>    vs.<br><br>RENT-A-CENTER, INC., a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 2:10-CV-01476-LKK (KJM)<br><br>Hon. Lawrence K. Karlton<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS THE ENTIRE ACTION AND ALL CLAIMS FOR RELIEF WITH PREJUDICE**<br><br>[Placer County Superior Court Case No. SCV 27033]<br><br>Removal Filed:    June 15, 2010<br>Discovery Cut-Off:    None |

ORDER

1  **ORDER**

2  The Court having considered Plaintiff Ryan Mathias' ("Mathias") and
3  Defendant Rent-A-Center, Inc.'s ("RAC") joint Motion for Dismissal With
4  Prejudice, good cause appearing, pursuant to Federal Rule of Civil Procedure 41,
5  Plaintiff's action is hereby dismissed with prejudice.

7  **IT IS SO ORDERED.**

9  Dated: September 26, 2011.

```
_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```